**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00534-CR

### EX PARTE ALEXIS RUIZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90002-I**

## ORDER

Appellant's May 20, 2013 agreed motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **June 24, 2013**. The State's brief shall be due on or before **July 9, 2013**.

Because this case is set for submission on July 12, 2013, the Court will not grant any further extension requests from the parties.

/s/    DAVID LEWIS
       JUSTICE